UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXIS SKLAIR, STERLING RETTKE, and NATHANIEL BROWN, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-vs.-

MIKE BLOOMBERG 2020, INC.,

                Defendant.

**RELATED CASE STATEMENT**

Case No. 20-CV-02495

      Plaintiffs Alexis Sklair, Sterling Rettke, and Nathanial Brown by and through their attorneys, Emery Celli Brinckerhoff & Abady LLP and Gupta Wessler PLLC, submit this Related Case Statement pursuant to Rule 13 of the Local Rules of this Court. This case is related to a case that was filed on the same day and is currently pending before Judge Laura T. Swain, *Donna Wood, et al., v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 02489 (S.D.N.Y.) ("the *Wood* case").

      Both this case and the *Wood* case are putative class actions on behalf of former staffers for Michael Bloomberg's presidential campaign, Mike Bloomberg 2020, Inc. ("Bloomberg 2020"), who were terminated in March 2020 despite explicit promises from Bloomberg 2020 that they would be employed to work both on the primary and general elections, regardless of whether Michael Bloomberg secured the presidential nomination of the Democratic Party.

      The cases have similar classes of Plaintiffs—*Wood* seeks to represent a class of all Bloomberg 2020 employees who were terminated and this action seeks to represent the field staffers who were terminated—the same Defendant, and are based on similar events. But the cases reflect different legal claims and theories. The *Wood* plaintiff asserts claims for unpaid overtime

under the Fair Labor Standards Act ("FLSA") and additional common law common law claims for breach of contract and fraudulent inducement. This case, on the other hand, does not assert FLSA claims. Instead, this action solely asserts common law fraudulent inducement and promissory estoppel claims.

Although both actions assert fraudulent inducement claims, they rely on different theories of why the staffers were fraudulent induced. *See* ECF No. 1 at 6-7, 13-14, *with* Complaint at 9-10, *Donna Wood, et al., v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 02489 (S.D.N.Y.), ECF No. 1.

Nevertheless, both cases involve substantially the same parties and events and have significant factual overlap. Both cases have numerous questions of law and fact in common and will entail similar discovery into the employment relationship between Bloomberg 2020 and its staffers, the promises made to those staffers at the time of their employment, and the harm that the staffers suffered. Absent a determination of relatedness, there would be a substantial duplication of discovery and the parties could be subjected to conflicting rulings and critical legal issues.

Dated: New York, New York
      March 30, 2019

**EMERY CELLI BRINCKERHOFF & ABADY LLP**

_____/s/_____
Ilann M. Maazel
David Berman

600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

**GUPTA WESSLER PLLC**

Peter Romer-Friedman

2

1900 L Street, NW, Suite 312
Washington, DC 20036
Phone: (202) 888-1741

*Attorneys for Plaintiffs and the Putative Class*