# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXIS SKLAIR, STERLING RETTKE, and NATHANIEL BROWN, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>    -vs.-<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>       Defendant. | Case No. 20-CV-02495-ALC<br><br>**STIPULATION OF EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT** |

**IT IS HEREBY STIPULATED, CONSENTED, AND AGREED**, by and between the undersigned counsel for all parties that:

1.  Defendant Mike Bloomberg 2020, Inc. ("Defendant"), through its undersigned counsel, has accepted service of the Complaint in the above-captioned civil action ("Complaint"); and

2.  Defendant shall have through June 1, 2020 to answer, move, or otherwise respond to the Complaint.

| | |
|---|---|
| Dated: New York, New York<br>    April 17, 2020 | Dated: New York, New York<br>    April 16, 2020 |
| /s/ Ilann M. Maazel | /s/ Nicholas M. Reiter |
| Ilann M. Maazel, Esq.<br>EMERY CELLI BRINCKERHOFF<br>& ABADY LLP<br>600 Fifth Avenue, 10th Floor<br>New York, NY 10020<br>Tel.: (212) 763-5000 | Nicholas M. Reiter, Esq.<br>VENABLE LLP<br>1270 Avenue of the Americas, 24th Floor<br>New York, NY 10020<br>Tel.: (212) 307-5500 |
| *Attorneys for Plaintiffs and the Putative Class* | *Attorneys for Defendant Mike Bloomberg 2020, Inc.* |