## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ALEXIS SKLAIR, STERLING RETTKE, NATHANIEL BROWN, BRIAN GILES, JOCELYN REYNOLDS, and CARYN AUSTEN on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>MIKE BLOOMBERG 2020, INC., and MICHAEL BLOOMBERG,<br><br>        *Defendants*. | **Case No. 20 Civ. 2495 (LTS) (GWG)** |

## ORDER GRANTING THE JOINT MOTION
## TO MODIFY THE BRIEFING SCHEDULE ON THE MOTION
## TO DISMISS THE FIRST AMENDED COMPLAINT

Upon consideration of the parties' joint motion to modify the briefing schedule on the defendants' motion to dismiss the First Amended Complaint, and the entire record herein, the motion is GRANTED. The defendants shall file their motion to dismiss the First Amended Complaint on or by August 3, 2020, the plaintiffs shall file their response on or by August 31, 2020, and the defendants shall file their reply on or by September 21, 2020.  The Clerk is directed to terminate DE# 20.  DE#41 resolved.  SO ORDERED.

         /s/ Laura Taylor Swain 7/10/2020

         Laura Taylor Swain
         U.S. District Court Judge