UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONNA WOOD, et al.,                                         :

                                                        :  ORDER
    Plaintiffs,
                                                        :  20 Civ. 2489 (LTS) (GWG)
 -v.-
                                                        :
MIKE BLOOMBERG 2020, INC.,

    Defendant.                          :
------------------------------------------------------------X
------------------------------------------------------------X
ALEXIS SKLAIR, et al.,

                                                        :  ORDER
    Plaintiffs,
                                                        :  20 Civ. 2495 (LTS) (GWG)
 -v.-
                                                        :
MIKE BLOOMBERG 2020, INC., et al.

    Defendants.                         :
------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge

 The time of the initial case management conference on July 16, 2020, is changed to 12:00 noon. Counsel are directed to confirm with all other counsel that they are aware of this change in time.

SO ORDERED.

Dated: July 15, 2020
  New York, NY

             _____
             GABRIEL W. GORENSTEIN
             United States Magistrate Judge