UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ALEXIS SKLAIR, STERLING RETTKE,
NATHANIEL BROWN, BRIAN GILES,
JOCELYN REYNOLDS, and CARYN AUSTEN,
on behalf of themselves and all others similarly
situated,

                    Plaintiffs,

-against-

MIKE BLOOMBERG 2020, INC., and
MICHAEL BLOOMBERG,

                    Defendants.

------------------------------------------------------------X

20 **CIVIL** 2495 (LTS)(GWG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 25, 2022, Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is granted, and Plaintiff's fraudulent inducement and promissory estoppel claims against the Campaign and Mr. Bloomberg are dismissed with prejudice. The Court need not reach Defendants' motion in the alternative to strike the First Amended Complaint's class allegations. Judgment is entered dismissing the First Amended Complaint; accordingly, the case is closed.

**Dated:** New York, New York

       March 25, 2022

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**

                              BY:

                                                       **Deputy Clerk**