IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXIS SKLAIR, STERLING RETTKE, NATHANIEL BROWN, BRIAN GILES, JOCELYN REYNOLDS, AND CARYN AUSTEN on behalf of themselves and all others similarly situated,<br><br>                     Plaintiffs,<br><br>-vs.-<br><br>MIKE BLOOMBERG 2020, INC., AND MICHAEL BLOOMBERG,<br><br>                     Defendants. | Case No. 20 Civ. 2495 (LTS) (GWG) |

### PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs in this case appeal to the United States Court of Appeals for the Second Circuit from this Court's decision and order dated March 25, 2022 (ECF No. 83), which granted the Defendants' Motion to Dismiss, as well as the accompanying final judgment entered that same day (ECF No. 84).

Dated: April 21, 2022
       New York, New York

| | |
|---|---|
| **GUPTA WESSLER PLLC** | **EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP** |
| | _____/s/_____ |
| Peter Romer-Friedman | Ilann M. Maazel |
| 1900 L Street, NW, Suite 312 | David Berman |
| Washington, DC 20036 | 600 Fifth Avenue, 10th Floor |
| Phone: (202) 888-1741 | New York, New York |
| peter@guptawessler.com | 212-763-5000 |
| | imaazel@ecbawm.com |
| | dberman@ecbawm.com |
| Matthew Wessler | |
| 1035 Cambridge Street, Suite One | |
| Cambridge MA 02141 | |
| (617) 286-2392 | |
| matt@guptawessler.com | |