**MANDATE**

N.Y.S.D. Case #
20-cv-2495(LTS)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of September, two thousand twenty-two.

_____

| | |
|---|---|
| Alexis Sklair, on behalf of themselves and all others similarly situated, et al., | **ORDER** |
| Plaintiffs - Appellants, | Docket Nos. 22-864(L), 22-1023(CON) |
| v. | |
| Mike Bloomberg 2020, Inc., Michael Bloomberg, | |
| Defendants - Appellees. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 31 2022

_____

    On August 30, 2022, the Court granted Appellants Caryn Austen, Nathaniel Brown, Brian Giles, Sterling Rettke, Jocelyn Reynolds and Alexis Sklair an extension of time to September 28, 2022 to file their opening brief. Appellants failed to submit a brief. Upon consideration thereof,

    IT IS HEREBY ORDERED that, pursuant to Local Rule 31.2(a)(1)(A), Appellants' brief must be filed on or before October 13, 2022. The appeal under 22-864 will be dismissed effective October 13, 2022 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. *See* Local Rule 27.1(f)(1); *cf. RLI Insurance Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013). Appellees' brief is due 35 days after Appellants' brief is filed, or November 17, 2022, whichever date is sooner.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 10/28/2022**